UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN REID ALTHOUSE, ) <br> TDCJ No. 861608, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> COUNTY OF DALLAS, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:00-CV-0039-G-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* docket entry 159. An objection was filed by the plaintiff Kevin Reid Althouse. *See* docket entry 160. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **DENIES** the plaintiff's Motion Pursuant to Rule 60(b) or to Reopen Case due to Extraordinary Circumstances (docket entry 158) and **DIRECTS** the Clerk of Court to reopen and then close this case for statistical purposes.

**SO ORDERED.**

March 9, 2021.

_____
A. JOE FISH
**Senior United States District Judge**